**JUDGE BUCHWALD**

Haluk Savci, Esq.
Mason Tender District Council
520 8th Avenue, Suite 650
New York, N.Y. 10018
(212) 452-9407

'08 CIV 4208

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

TRUSTEES FOR THE MASON TENDERS
DISTRICT COUNCIL WELFARE FUND,
PENSION FUND, ANNUITY FUND, and
TRAINING PROGRAM FUND

and

ROBERT BONANZA, as Business Manager
of the MASON TENDERS DISTRICT COUNCIL
OF GREATER NEW YORK,

                        Plaintiffs,

-against-

EAST COAST WINDOW INSTALLERS

                        Defendants.
------------------------------------------------------------- x



Civil Action
No. –

ECF CASE

RULE 7.1 Statement

    Plaintiffs, Mason Tenders District Council Welfare Fund, Pension Fund, Annuity Fund and Training Program Fund and Mason Tenders District Council of Greater New York, hereby certify that they have no parent corporations nor does any publicly held company own 10% or more of their stock.

Dated: New York, NY
      April 21, 2008

Respectfully submitted,

By: _____
Haluk Savci (HS 0853)
Mason Tenders District Council
Of Greater New York
520 Eighth Avenue, Suite 650
New York, NY
(212) 452-9407