Haluk Savci, Esq.
Mason Tender District Council
520 8th Avenue, Suite 650
New York, N.Y. 10018
(212) 452-9407

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
TRUSTEES FOR THE MASON TENDERS       :
DISTRICT COUNCIL WELFARE FUND,       :
PENSION FUND, ANNUITY FUND, and      :
TRAINING PROGRAM FUND                :
                                     :
                                     :
             and                     :      Civil Action
                                     :      08 CV 4208 (NRB)
ROBERT BONANZA, as Business Manager  :
of the MASON TENDERS DISTRICT COUNCIL :     **ECF Document**
OF GREATER NEW YORK,                 :
Plaintiffs,                          :
                                     :
-against-                            :
                                     :
EAST COAST WINDOW INSTALLERS.        :
                                     :
           Defendants.               :
-------------------------------------------------------------x

**NOTICE OF DISMISSAL**

1.    PLEASE TAKE NOTICE that pursuant to Rule 41(a) of the Federal Rules of Civil

Procedure, Plaintiffs TRUSTEES FOR THE MASON TENDERS DISTRICT COUNCIL

WELFARE FUND, PENSION FUND, ANNUITY FUND AND TRAINING PROGRAM

FUND (hereinafter the "Funds") and the MASON TENDERS DISTRICT COUNCIL OF

GREATER NEW YORK AND LONG ISLAND (hereinafter the "MTDC"), by its counsel

Haluk Savci, Esq. hereby dismiss without prejudice its action against defendant EAST COAST

WINDOW INSTALLERS as a result of the plaintiffs' inability to effectuate service of process upon the Defendant.

Dated: August 1, 2008

      New York, NY

                                    _____/s/_____

Haluk Savci, Esq.
Mason Tender District Council
520 8th Avenue, Suite 650
New York, N.Y. 10018
(212) 452-9407

Attorney for Plaintiffs